19 F.3d 1318
 Ross MIDDLEMIST, Wayne W. Maughan, Flathead Joint Board of
Control, Plaintiffs-Appellants,
v.
Secretary of the Interior, Bruce BABBITT; Director of the
Bureau of Indian Affairs, Portland Area, Stanley M. Speaks;
Members of the Tribal Council of the Confederated Salish and
Kootenai Tribes, Michael Pablo, Sonny Morigeau, Louis Adams,
Hank Baylor, et al., Defendants-Appellees.
 No. 93-35315.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted March 7, 1994.
Decided April 6, 1994.
 
 Jon Metropoulos, Browning, Kaleczyc, Berry & Hoven, Helena, MT, for plaintiffs-appellants.
 John B. Carter, Tribal Legal Dept., Confederated Salish and Kootenai Tribes, Pablo, MT, Peter R. Steenland, Jr. and Ellen J. Durkee, Environment & Natural Resources Div., U.S. Dept. of Justice, Washington, D.C., for defendants-appellees.
 Harley R. Harris, Asst. Atty. Gen., Helena, MT, for amicus.
 Appeal from the United States District Court for the District of Montana; Charles C. Lovell, District Judge, Presiding.
 Before: HUG, HALL, and THOMPSON, Circuit Judges.
 
 ORDER
 
 1
 We affirm the district court on the basis of its well-reasoned published opinion, Middlemist v. Secretary of United States Department of Interior, 824 F.Supp. 940 (D.Mont.1993).
 
 
 2
 AFFIRMED.